# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2016

*The Court of Appeals hereby passes the following order:*

## A16A0911. THOMASINA GOODGAME et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.

This case began as a dispossessory action in magistrate court. After the magistrate court entered judgment in favor of Federal National Mortgage Association, Thomasina Goodgame filed an appeal in superior court. The superior court also entered a writ of possession in favor of Federal National Mortgage Association, and Goodgame filed an application for discretionary appeal and a notice of appeal to this Court. We dismissed Goodgame's application for discretionary appeal as untimely. See Case No. A16D0122. We, likewise, must dismiss this direct appeal.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Goodgame was required to follow the discretionary appeal procedures to obtain review before this Court. See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). Goodgame's failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  02/22/2016
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.